**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CLINTON WASHINGTON | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. _____ |
| | : | |
| LOUIS DEJOY | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1442(a)(1), defendant Louis DeJoy removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania and, in support, avers as follows:

1.      On or about September 22, 2021, plaintiff commenced this action by filing a complaint in the Court of Common Pleas of Philadelphia County. *See* Complaint, attached hereto as Exhibit A.

2.      The action arises out of plaintiff's employment with the United States Postal Service ("USPS") from May 10, 1986 to June 27, 2001 and the June 23, 2021 "Notice of Final Action" from USPS's National Equal Employment Opportunity Investigative Services Office denying plaintiff's complaint of discrimination filed with the Equal Employment Opportunity Commission ("EEOC") as EEOC Case No. 530-2021-0145X.

3.      According to his complaint, plaintiff seeks monetary damages for loss of rights to disability compensation, permanent bodily injury, and loss of employment.

4.      The only defendant is Louis DeJoy, the Postmaster General of the United States; therefore, this action is properly removed under 28 U.S.C. § 1442(a)(1).

5.      Moreover, the United States and its agencies and officers in their official capacities may not be sued except to the extent that Congress has expressly waived the United States' sovereign immunity from suit. *Lane v. Pena,* 518 U.S. 187, 192 (1996).

6.      Federal employees' workers' compensation determinations are not subject to judicial review. 5 U.S.C. § 8128(b)(2).

7.      The Federal Torts Claims Act ("FTCA"), 28 U.S.C. §§ 2671-80, is the exclusive remedy for tort claims brought against employees of the United States while acting in their official capacities.

8.      Actions brought under the FTCA may only be brought in federal district court, 28 U.S.C. § 1346(b)(1).

9.      Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16, is "the exclusive judicial remedy for claims of discrimination in federal employment." *Brown v. Gen. Servs. Admin.*, 425 U.S. 820, 835 (1976).

10.      Actions brought under Title VII may only be brought in federal district court, 42 U.S.C. § 2000e-5(f)(3).

11.      Therefore, pursuant to the provisions of the FTCA, 28 U.S.C. §§ 2671-80, 1346(b)(1), 1442(a)(1), and Title VII, 42 U.S.C. § 2000e *et seq.*, this entire action must be removed to district court.

12.      In accordance with the 30-day limit imposed by 28 U.S.C. § 1446(b)(1), this notice is being filed within 30 days of receipt by defendant of the Complaint.

13. A certified copy of this Notice of Removal is being filed in the Office of Judicial Records of the Court of Common Pleas of Philadelphia County and is being sent to the plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the United States hereby submits notice of removal of this action.

Dated: November 2, 2021                    Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


___*/s/ Susan R. Becker* for_____
GREGORY DAVID
Assistant United States Attorney
Chief, Civil Division

___*/s/ Rebecca S. Melley*_____
REBECCA S. MELLEY
Attorney ID: 206210
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8328
Rebecca.Melley@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that on this date I caused a copy of the foregoing Notice of Removal and

Exhibit A (plaintiff's complaint) to be filed with the Clerk of Court, and I caused a copy

to be sent by first-class, U.S. mail, postage paid to:

> Clinton Washington
> 5527 Irving Street
> Philadelphia, PA 19139
> *Plaintiff, pro se*

Dated: November 2, 2021                     _/s/ Rebecca S. Melley_
                                            Rebecca S. Melley
                                            Assistant U.S. Attorney