# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON WASHINGTON,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 21-4831 |
| **LOUIS DEJOY,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 31st day of October, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 7), and there being no response, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**